UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GREGORY J. LOGAN        *Plaintiff/Defendant/Counter Defendant*<br>VS. | CIVIL ACTION NO. 07-1116<br><br>JUDGE DOHERTY |
| HIT OR MISS L.L.C.<br>WILLIAM E LOGAN, JR.<br> Trustee on behalf of Sa-Jes Trust<br>        *Defendants*<br>TRAVCAL PROPERTIES L.L.C .<br>        *Defendant/Counter Claimant* | MAGISTRATE JUDGE METHVIN |

### *JURISDICTIONAL AMOUNT REVIEW RULING*

This diversity case was filed directly in federal court, under 28 U.S.C. § 1332.  On November 21, 2007, the undersigned issued an order requiring plaintiff to file a memorandum with supporting documentation setting forth specific facts in controversy which supported a finding that the necessary jurisdictional amount exists.[1]  Before the court is plaintiff's memorandum regarding jurisdictional amount.[2]  Defendant Travcal Properties, L.L.C. also submitted a memorandum asserting that the required jurisdictional amount is met in this case.[3]

Having reviewed the memoranda, I conclude that plaintiff has proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount.  <u>Simon v. Wal Mart Stores</u>, 193 F.3d 848 (5th Cir. 1999); <u>Luckett v. Delta Airlines, Inc.</u>, 171 F.3d 295 (5th Cir. 1999).

---

[1] Rec. Doc. 25.

[2] Rec. Doc. 26.

[3] Rec. Doc. 28.

2

The complaint alleges that on January 7, 2005, Hit or Miss L.L.C. was organized and plaintiff was to "serve as initial Manager of the Company and shall serve until his successor is elected and qualified;" and that on June 20, 2007, plaintiff received a letter from Hit or Miss L.L.C., stating that plaintiff was no longer the sole manager.  Plaintiff's submission regarding jurisdictional amount alleges that at the time of his removal as manager, plaintiff and his law firm were charging fees of $40,250.00 per month to manage Hit or Miss, L.L.C.[4]  Plaintiff contends that his removal as manager has caused the loss of management fees potentially in excess of $200,000.00.

Signed at Lafayette, Louisiana, on December 13, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[4] Rec. Doc. 26, citing Rec. Doc. 22.